# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| **BENJAMIN MCDONALD,**<br><br>          *Plaintiff*,<br><br>v.<br><br>**HUNTER WARFIELD, INC.,**<br><br>          *Defendants*. | Civil Action No. _____<br><br><br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Hunter Warfield, Inc. ("Defendant") file this *Notice of Removal* of this action from the Circuit Court of the 4th Judicial Circuit in and for Duval County, Florida to the United States District Court for the Middle District of Florida as follows:

1. Plaintiff Benjamin McDonald ("Plaintiff") filed his *Original Complaint* on July 14, 2020, in the Circuit Court of the 4th Judicial Circuit in and for Duval County, Florida.

2. This is a civil action based on Plaintiff's contentions that Defendant has violated the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA") and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (the "FDCPA").

3. Removal is proper because this case involves a federal question—alleged violations of the FCRA and the FDCPA. Therefore, the entire suit is removable under 28 U.S.C. §1441(a).

4. Removal is timely pursuant to 28 U.S.C. §1446(b) because Defendant has filed this Notice of Removal within 30 days of receipt of Plaintiff's Original Complaint. Plaintiff served the Original Complaint upon Defendants on or around August 14, 2020.

5. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

6.	Pursuant to 28 U.S.C. §1446(a) and Local Rule 4.02, copies of all process, pleadings, orders and other papers filed in this action and obtained by Defendants are attached hereto and marked as **Exhibit A** and incorporated herein by reference.

7.	A copy of this Notice of Removal has been sent to Plaintiff and will be filed with the clerk of the Circuit Court of the 4th Judicial Circuit in and for Duval County, Florida.

8.	A jury demand was made in state court.

For the above reasons, Defendant Hunter Warfield, Inc. requests that this Court assume full jurisdiction over the proceeding as provided by law.

Dated: August 28, 2020					Respectfully submitted,

/s/ Dale T. Golden
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080
dgolden@gsgfirm.com
JOSEPH C. PROULX, ESQ.
Florida Bar No.: 0056830
jproulx@gsgfirm.com
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
Counsel for Defendants
*COUNSEL FOR HUNTER WARFIELD, INC.*