UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BENJAMIN MCDONALD,          )
                            )
    Plaintiff,              )
v.                          )   CASE NO.: 3:20-cv-971-MMH-JRK
                            )
HUNTER WARFIELD, INC.,      )
                            )
    Defendant.              )
_____)

# FINAL JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure and in accordance with the Offer of Judgment served by Defendant, Hunter Warfield, Inc., on April 8, 2021, and accepted by the Plaintiff, Benjamin McDonald, on April 13, 2021, entry of a Final Judgment against Hunter Warfield, Inc. and in favor of Benjamin McDonald is appropriate.

Accordingly, it is hereby **ORDERED and ADJUDGED:**

1. Hunter Warfield, Inc. shall pay damages to Benjamin McDonald in the amount of $8,000.00.

2. Pursuant to the terms of the accepted Offer of Judgment, Benjamin McDonald is entitled to an additional amount for reasonable attorney's fees and taxable costs, and the Court shall retain jurisdiction to determine the amount of reasonable

attorney's fees and costs. Such fees and costs shall be added to, and included in, an Amended Final Judgment.

3. Plaintiff, Benjamin McDonald, c/o Adam C. Thoresen, Esq., 126 W. Adams St., Jacksonville, FL 32202, is hereby awarded a Final Judgment in his favor, and against Hunter Warfield, Inc., in the amount of $8,000.00. Such Final Judgment shall bear interest as provided in 28. U.S.C. § 1691.

FOR WHICH SUM, LET EXECUTION ISSUE.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of May, 2021.

_____
MARCIA MORALES HOWARD
United States District Judge

Copies furnished to:

Counsel of Record